1029

No. 00–6830. EDMONSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7067. CARTER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–400. KEANE, SUPERINTENDENT, WOODBURNE CORRECTIONAL FACILITY *v.* FLORES. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–462. FLORIDA *v.* PERKINS. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–483. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY *v.* FINFROCK. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–433. WESTSIDE QUIK SHOP, INC., ET AL. *v.* STEWART ET AL. Sup. Ct. S. C. Motions of South Carolina Association of Convenience Stores, R. L. Jordan Oil Company of North Carolina, Inc., South Carolina Coin Operators' Association, Inc., and Ingram Investments, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–447. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. 2d Cir. Motion of Urban Comm-North Carolina, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–531. NATER *v.* RILEY, SECRETARY OF EDUCATION. C. A. Fed. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.